UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
ULTRA ENTERPRISES, INC., d/b/a Ultra Music                     :
Festival,                                                      :
                                                               :       **ORDER CLOSING CASES**
                                        Plaintiff,             :
                                                               :       10 Civ. 6370 (AKH)
                -against-                                      :
                                                               :       10 Civ. 8179 (AKH)
ULTRA RECORDS, INC.; PATRICK MOXEY,                            :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties having settled, the Clerk shall mark the cases closed.

    SO ORDERED.

Dated:    October 19, 2012
            New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/12